# In the United States District Court for the Southern District of Georgia Brunswick Division

MARC F. GLISSMAN,

    Plaintiff,

v.

WILLIAM GROSS,

    Defendant.

No. 2:17-cv-39

## ORDER

Before the Court is Plaintiff's motion to dismiss, dkt. no. 26, wherein he notifies the Court that, pursuant to settlement between the parties, he wishes to dismiss all claims asserted in this action with prejudice. Dkt. No. 26. Defendant joins the motion. Dkt. No. 27. Accordingly, the motion is **GRANTED**. All claims asserted in this action are dismissed with prejudice. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 24 day of October, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)